UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>RONALD DIXON,<br><br>                                        Defendant. | 19 Cr. 846-2 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 6, 2020, Defendant Ronald Dixon submitted a letter motion to the Honorable Andrew L. Carter seeking bail in light of the ongoing COVID-19 pandemic.  (Dkt. #73).  On April 10, 2020, the Government submitted its opposition to Defendant's motion.  (Dkt #79).  On April 12, 2020, Defendant submitted a reply letter.  (Dkt. #80).  On April 15, 2020, this case was reassigned to this Court.  (Minute Entry for April 15, 2020).  The Court has carefully considered the parties' submissions and wishes to hear argument on the matter, after which the Court will render an oral decision.  Accordingly, the Court ORDERS the parties to appear telephonically for a hearing on **April 20, 2020, at 10:00 a.m**.  The dial-in information for the hearing is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated:   April 16, 2020
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge