UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

RONALD DIXON,

Defendant.

19 Cr. 846-2 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On April 6, 2020, Defendant Ronald Dixon submitted a letter motion to the Honorable Andrew L. Carter seeking bail in light of the ongoing COVID-19 pandemic. (Dkt. #73). On April 10, 2020, the Government submitted its opposition to Defendant's motion. (Dkt #79). On April 12, 2020, Defendant submitted a reply letter. (Dkt. #80). On April 15, 2020, this case was reassigned to this Court. (Minute Entry for April 15, 2020). On April 20, 2020, the Court held a telephonic conference during which it heard oral argument from the parties and rendered an oral decision on Defendant's motion. For the reasons given on the record during the telephonic hearing, Defendant's motion is DENIED. The Clerk of Court is directed to terminate the motion at docket entry 73.

SO ORDERED.

Dated: April 20, 2020
       New York, New York

KATHERINE POLK FAILLA
United States District Judge