UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>RONALD NIXON,<br><br>               Defendant. | 19 Cr. 846-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    There is a change of plea hearing in this matter scheduled for June 2, 2021, at 11:00 a.m. Due to constraints on the centralized scheduling system for remote proceedings in criminal matters, the hearing must instead proceed at 3:00 p.m. The hearing will proceed via video conference, and instructions for video participants will be sent separately in advance of the hearing.

    SO ORDERED.

Dated:   May 25, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge